NO. 12-05-00115-CR
 
IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS


DARRYL PURNELL,                                        §     APPEAL FROM THE 114TH
APPELLANT

V.                                                                         §     JUDICIAL DISTRICT COURT OF

THE STATE OF TEXAS,
APPELLEE                                                        §     SMITH COUNTY, TEXAS





MEMORANDUM OPINION
PER CURIAM
            Appellant was convicted of possession of a controlled substance. The trial court assessed
punishment at imprisonment for thirty years and a ten thousand dollar fine. We have received the
trial court’s certification showing that Appellant waived his right to appeal. See Tex. R. App. P.
25.2(c)(3)(B). Accordingly, the appeal is dismissed for want of jurisdiction.
Opinion delivered April 6, 2005.
Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.






(DO NOT PUBLISH)